# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

### THE UNITED STATES OF AMERICA

vs

### ROBERT LEONARD TRUHITTE and KAREN ELIZABETH LAUBENTHAL

## INDICTMENT

CR 19 00501 EJD

SVK

| | |
|---|---|
| COUNT ONE: | 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Possess with Intent to Distribute Methamphetamine |
| COUNT TWO: | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute Methamphetamine |
| COUNT THREE: | 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Methamphetamine; Aiding and Abetting |

*A true bill.*

_____
*Foreperson*

Filed in open court this __3__ day of __October__ A.D. 201_9_

_____
*United States Magistrate Judge*
Nathanael Cousins

Bail. $ __no bail arrest warrant for both defendants__

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED
OCT 03 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEONARD TRUHITTE, and<br>KAREN ELIZABETH LAUBENTHAL,<br><br>Defendants. | CASE NO. CR 19 00501 EJD SVK<br><br>VIOLATIONS:<br>21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B) –<br>Conspiracy to Possess with Intent to Distribute<br>Methamphetamine;<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) –<br>Possession with Intent to Distribute<br>Methamphetamine;<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession<br>with Intent to Distribute Methamphetamine;<br>21 U.S.C. § 853 – Criminal Forfeiture Allegation |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Possess with Intent to Distribute Methamphetamine)

Beginning on or about July 10, 2019, and continuing to on or about July 16, 2019, in the Northern District of California, the defendants,

ROBERT LEONARD TRUHITTE, and
KAREN ELIZABETH LAUBENTHAL,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to possess

INDICTMENT

with intent to distribute 50 grams and more of a mixture and substance containing a detectible amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(B)(viii).

COUNT TWO: (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute Methamphetamine)

On or about July 16, 2019, in the Northern District of California, the defendants,

ROBERT LEONARD TRUHITTE, and
KAREN ELIZABETH LAUBENTHAL,

did knowingly and intentionally possess with intent to distribute 50 grams and more of a mixture and substance containing a detectible amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

COUNT THREE: (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Methamphetamine; Aiding and Abetting)

On or about July 10, 2019, in the Northern District of California, the defendants,

ROBERT LEONARD TRUHITTE, and
KAREN ELIZABETH LAUBENTHAL,

did knowingly and intentionally possess with intent to distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and aided and abetted the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18 United States Code Section 2.

FORFEITURE ALLEGATION: (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Counts One through Three above, the defendants,

ROBERT LEONARD TRUHITTE, and
KAREN ELIZABETH LAUBENTHAL,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to the following:

    a.    An SCCY CPX-2 pistol with Serial Number 370058 seized on July 16, 2019 from TRUHITTE's hotel room in Santa Cruz, California.

    b.    A magazine and ammunition for the SCCY CPX-2 pistol, seized on July 16, 2019 from TRUHITTE's hotel room in Santa Cruz, California.

    c.    $14,145 in cash seized on July 16, 2019 from TRUHITTE's hotel room in Santa Cruz, California; and

    d.    a forfeiture money judgment equal to the total gross proceeds obtained by the defendant as a result of the offenses.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

///
///
///
///
///

1  DATED: 10-3-19                               A TRUE BILL

                                                _____
                                                FOREPERSON

4  DAVID L. ANDERSON
   United States Attorney

   _____
6  MARISSA HARRIS
7  JIMMY DOAN
   Assistant United States Attorneys

INDICTMENT                          4

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Count One: 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Possess with Intent to Distribute Methamphetamine; Count Two: 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute Methamphetamine; Count Three: 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Methamphetamine; Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
see attached sheet

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**
▶ Robert Leonard Truhitte & Karen Elizabeth Laubenthal

DISTRICT COURT NUMBER
CR 19 00501 EJD SVK

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Christopher Jones, Santa Cruz Sheriff's Office

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): AUSA Marissa Harris

**DEFENDANT**

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☒ On another conviction  ☐ Federal  ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

FILED OCT 03 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

# UNITED STATES V. TRUHITTE, ET AL.
## PENALTIES

**Count One:** 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)(viii) (Conspiracy to Possess with Intent to Distribute Methamphetamine)

- Minimum Prison Term: 5 years
- Maximum Prison: 40 years
- Maximum Fine: $5,000,000
- Minimum Supervised Release: 4 years
- Forfeiture
- Potential Deportation
- Mandatory and discretionary denial of benefits
- Special assessment fee: $100

**Count Two:** 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) (Possession with Intent to Distribute Methamphetamine)

- Minimum Prison Term: 5 years
- Maximum Prison: 40 years
- Maximum Fine: $5,000,000
- Minimum Supervised Release: 4 years
- Forfeiture
- Potential Deportation
- Mandatory and discretionary denial of benefits
- Special assessment fee: $100

**Count Three:** 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) (Possession with Intent to Distribute Methamphetamine)

- Maximum Prison: 20 years
- Maximum Fine: $1,000,000
- Minimum Supervised Release: 3 years
- Forfeiture
- Potential Deportation
- Mandatory and discretionary denial of benefits
- Special assessment fee: $100